Application GRANTED. The Clerk of Court is respectfully directed to terminate Ms. Hamablet as a Plaintiff in this matter.

SO ORDERED.

Dale E. Ho
United States District Judge
Dated: November 1, 2023
New York, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOEL FISHER and PAULA HAMABLET, *on behalf of themselves, FLSA Collective Plaintiffs, and the Class*,<br><br>Plaintiffs,<br><br>v.<br><br>HUDSON HALL LLC,<br>    d/b/a MERCADO LITTLE SPAIN and THINK FOOD GROUP, LLC,<br><br>Defendants. | Case No.: 1:22-cv-09737<br><br>**NOTICE OF VOLUNTARY DISMISSAL 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE** that the claims of Plaintiff, PAULA HAMABLET, are hereby dismissed, without prejudice, in their entirety as against Defendants, HUDSON HALL LLC, d/b/a MERCADO LITTLE SPAIN and THINK FOOD GROUP, LLC, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(i), without costs or attorneys' fees to any party. For the avoidance of doubt, Plaintiff FISHER's claims will remain, and this matter will remain open. Plaintiff HAMABLET will pursue her claims in Arbitration.

Dated: October 27, 2023
       New York, New York

                                  For the Plaintiff:

                                  By: */s/ C.K. Lee*
                                      C.K. Lee, Esq.
                                      Lee Litigation Group, PLLC
                                      148 West 24th Street, 8th Floor
                                      New York, NY 10011
                                      T: (212) 465-1188