**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
JOEL FISHER

                            Plaintiff,

          -against-                                    22 **CIVIL** 9737 (DEH)

                                                                     **JUDGMENT**

HUDSON HALL LLC, et al.,

                            Defendants.
-----------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 21, 2024, Defendant's motion to dismiss is **GRANTED**. Count I is dismissed with prejudice. *See Romero v. Manhattan & Bronx Surface Transit Operating Auth.*, No. 21 Civ. 4951, 2022 WL 624451, at *6 (S.D.N.Y. Mar. 2, 2022) ("Because the FLSA claim is barred by the statute of limitations, it will be dismissed with prejudice."). As noted, the Court has declined to exercise supplemental jurisdiction over Count II, which is dismissed without prejudice to refiling in state court; accordingly, the case is closed.

**Dated:** New York, New York

       June 24, 2024

                                                                             **DANIEL ORTIZ**
                                                                       **Acting Clerk of Court**

                                                       **BY:**    *K. Mango*

                                                                         **Deputy Clerk**